# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARK TIMEJARDINE

       Plaintiff

  v.

                                                       **Civil Action No. 2:19-cv-493**

RED LOBSTER, LLC

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

____ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

____ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

____ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

____ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon.

DATE: 12/30/2020                        ROBERT N. TRGOVICH, CLERK OF COURT

                                                            by   s/ M. Murray_____
                                                             *Signature of Clerk or Deputy Clerk*